UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

MAYRA D. MESA                                            Case No. 09-24095-RAM
                                                         Chapter 13

_____Debtor_____/

### NOTICE OF FILING AMENDED SUMMARY OF SCHEDULES AND SCHEDULES I AND J

COMES NOW THE DEBTOR, MAYRA D. MESA, and serves Notice of Filing Amended Summary of Schedules and Schedules I and J for Debtor in this bankruptcy cause to list the Debtor's correct income and expenses.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by CM/ECF to Nancy N. Herkert, Trustee, P.O. Box 279806, Miramar, FL 33027 and by U.S. Mail to the Debtor and all parties on the attached service list on this 10th day of September, 2009.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 1009-1.

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor(s)
900 West 49th Street, Suite 500
Hialeah, FL 33012
Telephone: 305-687-8008
Facsimile: 305-512-9701

By: */s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN# 0442161

Aspire
P.O. Box 105555
Atlanta, GA 30348

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Capital One Bank
P.O Box 71083
Charlotte, NC 28272

Chase Home Mortgage
P.O. Box 78116
Phoenix, AZ 85062-8116

CitiMortgage
P.O. Box 6606
The Lakes, NV 88901-6006

Exxon Mobil
P.O. Box 688940
Des Moines, IA 50368

First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117

Household Bank
HSBC Cared Services
P.O. Box 5222
Carol Stream, IL 60197-5222

HSBC
P.O. Box 4169
Carol Stream, IL 60197

JCPenney
Attn: Bankruptcy Dept.
POB 103104
Roswell, GA 30076

Shell
POB 183018
Columbus, OH 43218